# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 67262

**FILED**

JUL 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This pro se petition was docketed in this court on January 22, 2015, without payment of the requisite filing fee. On February 17, 2015, petitioner submitted a motion for an order to waive Supreme Court filing fee. On February 3, 2016, this court issued an order directing petitioner to submit an affidavit in support of his motion within 30 days or the petition would be dismissed.[1] To date, petitioner has not paid the filing fee. Accordingly, cause appearing, the motion is denied and this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     John Elvin Turner
        Attorney General/Carson City
        Eighth District Court Clerk

---

[1]The order entered on February 3, 2016, was returned as undeliverable by the United States Postal Service.